AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

Alfonso Ayala Delgado, Leonides
Basurto Antonio, et al.,
                    Plaintiffs

    v.

D &D Thai Restaurant Corp. d/b/a
Land Thai Kitchen, et al.,
                    Defendants.

**APPEARANCE**

Case Number: 11-cv-1117

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiffs.

I certify that I am admitted to practice in this court.

| 3/16/2011 | | *[signature]* | |
|---|---|---|---|
| Date | | Signature | |
| | | Hope Pordy | HP 6253 |
| | | Print Name | Bar Number |

Spivak Lipton LLP, 1700 Broadway, Suite 2100
Address

| New York | NY | 10019 |
|---|---|---|
| City | State | Zip Code |

| (212) 765-2100 | (212) 765-8954 |
|---|---|
| Phone Number | Fax Number |

hpordy@spivaklipton.com