AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

Alfonso Ayala Delgado, Leonides
Basurto Antonio, et al.,
             Plaintiffs

   v.

D &D Thai Restaurant Corp. d/b/a
Land Thai Kitchen, et al.,
             Defendants.

**APPEARANCE**

Case Number: 11-cv-1117

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    Plaintiffs.

I certify that I am admitted to practice in this court.

| 3/16/2011 | *[signature]* |
|---|---|
| Date | Signature |
| | Yvonne L. Brown      YB 3522 |
| | Print Name      Bar Number |
| | Spivak Lipton LLP, 1700 Broadway, Suite 2100 |
| | Address |
| | New York    NY    10019 |
| | City    State    Zip Code |
| | (212) 765-2100     (212) 765-8954 |
| | Phone Number     Fax Number |

ybrown@spivaklipton.com