UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ALFONSO AYALA DELGADO, et al.,

                            Plaintiffs,

      -v-

D&D THAI RESTAURANT CORP., et al.

                            Defendants.

------------------------------------------------------------X

11 Civ. 1117 (PAE)

ORDER

**PAUL A. ENGELMAYER, District Judge:**

      The Court is in receipt of the parties' joint request, dated January 9, 2012, for a further 60-day stay of deadlines in this case for the purpose of finalizing a settlement agreement. This is the parties' fourth such request. By Order dated December 9, 2011, the Court directed the parties, if they sought a further stay, to submit a letter request by no later than January 7, 2012. The parties did not heed that Order.

      The letter requests a 60-day stay but describes the tasks remaining to be completed as the translation of the settlement agreement into Spanish and Thai and the collection of signatures for the 22 parties to the agreement. But the parties' letter, dated November 3, 2011, cited translation to Spanish as a reason necessitating a stay at that time. The Court is dubious that, if the parties were pursuing this task diligently, it would take more than two months to translate a settlement agreement into a language spoken by millions of residents in this City alone. Moreover, in explaining the need for the present 60-day stay request, the parties surmise that it would take approximately two weeks to translate the necessary documents and an additional month to collect the 22 signatures. One month plus two weeks does not equal 60 days.

      There is a considerable public interest to be served in encouraging amicable settlement between adversaries and in conserving judicial resources that might otherwise be dedicated to trying a case on the merits. This interest has, until now, driven the Court to grant the parties' repeated stay requests. But there is also a strong public interest in the expeditious resolution of cases, and this matter was on the threshold of trial readiness when the stay requests began rolling in. This case is at the tipping point where the prompt conclusion of litigation begins to outweigh the parties' requests for a reprieve in aid of settlement, especially where the reasons given for the stay request do not completely add up.

      Accordingly, the parties request for a stay of deadlines, until March 9, 2012, is GRANTED. **There will be no further extensions.** By that date, the parties will either submit a fully executed settlement for the Court's review, or a Joint Pretrial Order in accordance with the Court's Individual Rules and Practices.

SO ORDERED.

/s/ Paul A. Engelmayer
Paul A. Engelmayer
United States District Judge

Dated: January 11, 2012
       New York, New York